RECEIVED
SEP 3 0 2005
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

Samuel E. Span
_____
Plaintiff

vs.

Officer Williams
Warden Shaw, Frank
_____
_____
Defendant(s)

Case No. 05-1292

FILED
DEC 0 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# COMPLAINT

[X] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[ ] Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Samuel E. Span__, and states as follows:

My current address is: __P.O. Box 1700, Galesburg IL 61401__

The defendant __C/O Williams__, is employed as __a correctional officer__ at __Hill Correction Center__

The defendant __Warden Shaw__, is employed as __the Warden__ at __Hill Correction Center__

The defendant _____, is employed as _____ at _____

The defendant _____, is employed as _____ at _____

(revised 9/96)

SCANNED
DATE: 9/30/5  BY: H

The defendant _____ is employed as _____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

   Yes ☐   No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county) _____

   3. Docket Number/Judge _____

2

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

Place of the occurrence  Hi███ correction Center

Date of the occurrence  7-23-05

Witnesses to the occurrence _____

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On 7-23-05 At Appr. 9:50 pm I Samuel E. Span (#R12605) told the officer that was working my housing unit (officer Williams) that I had an eye irritation in my left eye and that I needed to go to the health care unit. My wing officer (officer Williams) told me that she would not send me to the health care unit Because she Belived that there was nothing that they could do about it. (I requested medical attention more then 3 times) the next morning I was unable to open my left eye. On my way to the chow hall for Breakfast I talked to a sergent who upon seeing my eye sent me to the health care unit. When there my eye was flushed out with some eye solution by a nurse. At 1:00 pm on 7-24-05 I saw a Doctor who told me that my eye was infeted and gave me some medication and an eye patch, he also put me on the waiting list to see the eye Doctor

4

When I finally saw the eye Doctor on 8-11-05 he told me that my eye was still infected and prescribed me some more medication. I was told by Doctor Plattner that I had an ulcer in my left eye. I was also told by Doctor Plattner that had I been sent over the night I first reported the irritation the problem would not have gotten this bad. Doctor Plattner also prescribed some dark tinted glasses for me to wear, But in order for me to recive the glasses I need the warden (warden Shaw) to sign a paper stating that I can have the glasses. When I asked warden Shaw about this on 9-20-05 he stated that he will not allow me to recive the glasses, eventhoug they are for medical pisrposes. Due to those events I am losing my sight in my left eye. I truely belive that I should be compensated for my loss Also Warden Shaw is responsibe for the training and supervision of the correctional personal employed at Hill C.C.

**RELIEF REQUESTED**
*(State exactly what relief you want from the court.)*

Seeing that I am 22 years of age with some college education and a work history I am capable of finding a Job that pays anywhere from 30,000 to 35,000 a year. But now that I am Disabled I will not Be able to perform certain physical test which will make it hard for me to receive a Job. Also the average age of Retirement is 65 years of age which means I will Be unable to work for the next 23 years. So taking that Into concideration I am Requesting $690,000 In compensation for my loss and to pay for proper medical (eye) treatment. (surgery).

**JURY DEMAND**     Yes ☐     No ☒

Signed this 28th day of Sept, 2005.

*Samuel E. Span*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Samuel E. Span | R12605 |
| Address: | Telephone Number: |
| P.O. Box 1700 Galesburg Il 61401 | |

6

STATE OF ILLINOIS ) SS.
COUNTY OF KNOX )

I, Samuel E. Spa____, being first duly sworn on oath deposes and says that __he__ serv

within: _____ upon the below n

TO: John Doe (Officer Williams.) & Frank Shaw
P.O. Box 1700
Galesburg IL 61401 — Hill Correctional Center

TO: U.S. District Court / Central District of Illinois
Clerk of Court: John M. Waters
100 N.E. Monroe St Suite 309
Peoria IL 61602

by placing a true and correct copy of said: __Civil Rights Complaint / under 42 U.S.C §1983__

IN AN ENVELOPE, ADDRESSED AS IS SHOWN ABOVE.

That __he__ sealed said envelope and the State placed sufficient U.S. Postage on same, and deposite envelope so sealed and stamped in the United States Mail at thE HILL CORRECTIONAL CENTER, GALESBU Illinois, 61401, on the day __28th__ of __September__, __2005__

## NOTARY PUBLIC

Subscribe and sworn to before me this the __28__ day of __September 2005__

(Seal) _Lenard E. Palmer_
Notary Public

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

I (Samuel E. Span) am Requesting that this motion for Discovery Be granted. I am Requesting this motion for Reasons such as ~~i~~ to Recive any and all paper work Referring to this Complaint Such As Incident Reports; prison Records Kept on Officer Williams (John Doe) and Warden Frank Shaw Records that would Include any Complaints Filed against any of the two Defendants.)

Also I would like a copy of the prison policy Directive PD-BcF-41.101.

State of IL, County of Knox
Signed before me on this 28 day of Sept, 2005
Notary Public: Lenard E Palmer

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

Samuel E. Span
# R12605

ILLINOIS DEPARTMENT OF CORRECTIONS

Hill Correctional Center

## Offender Outpatient Progress Notes

Offender Information:
Last Name: Spar
First Name: Samuel
MI:
ID#: R12605

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/24/05 1:25 pm | M.D. VISIT<br>WT 165   B/F 96/62<br>T 98.6  P 56  R 20<br><br>S:<br>* Complaint of burning tearing L (left) eye. No photophobia, no eye pain<br><br>O:<br>Right eye vision N/C<br>(Left) eye injected, erythematous.<br>F.P. @ 7 o'clock (.)<br><br>A:<br> | Diagnosis: (VKD?)<br><br>Conjunctivitis<br><br>1) (C) sulfacetamide eye drops two drops in Left eye Q6° x 5 day<br>2) Eye patch x 2 day.<br>3) Follow up on 07/25/05, eye clinic / Doctor for F.B. removal<br>OR M.D. F/U on 7/25/05<br><br>noted 7/25/05 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## Offender Optometric Examination

Center: Hill

Age 22

☒ Baseline ☐ Annual
Date: 8/11/05
Time: 8:50 ☒ a.m. ☐ p.m.

Offender Information:
Last Name: Span
First Name: Samuel
MI: 
ID#: R12605

**Chief Complaint:** After showering on 7/23 OS started burning + watering. Has

**HPI:**
- Location: gradually gotten worse since
- Duration: 
- Onset: (+) Sulfacetamide q6h
- Severity: 
- Timing: (+) Thick mucous discharge in AM
- Modifiers: 

**Ocular History:**
- ☒ Cataracts: 
- ☒ Glaucoma: 
- ☒ Disease: 
- ☒ Trauma/Surgery: 
- ☒ Strabismus: 
- ☒ Amblyopia: "OD always been worse"

**Medical History:** ☒ NIDDM  ☒ IDDM  ☒ Hypertension  ☒ Other:

**Visual Acuity:**
- Uncorrected Distance: ☐ OD 20/70  ☐ OS 20/200  ☐ OU 20/
- Uncorrected Near: ☐ OD 20/  ☐ OS 20/  ☐ OU 20/

**Habitual Rx:** OD ___ 20/ ___  Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Refraction:** OD ___ 20/ ___  Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Near:** OD ___ 20/ ___  Type: ☐ SV ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Pupils:** ☒ Round  ☒ Equal  ☒ Responds to Light/Accommodation  ☐ APD
**Motilities:** ☒ Full  ☐ Abnormal  **Confrontational Fields:** ☒ Full  ☐ Abnormal
**Tonometry:** ☐ Applanation  ☐ Tonopen  ☐ NCT  OD ___ OS ___ Time ___

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | X OD | X OS |
| Exo | | | Conjunctiva | X OD | X OS |
| Tropia | | | Iris/Ant. Chamber | X OD | X OS |
| Phoria | | | Lens | X OU | |
| Ortho | | | Lids/Lashes | X OU | |

Notes: 1+ cell, Ant Chamber, (+) Fl undereyelid, Pinpoint ulcer (+NaFl) ~ underlid 1.0 mm

| Ophthalmoscopy: | WNL | ABNL | Right | Left | Method: SLE |
|---|---|---|---|---|---|
| Disc | X | | (+) vitreous cell | | ☐ Direct |
| Vessels | | | | | ☒ BIO |
| Macula | | | | | ☒ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other |

Cup to disc: OD 0.2  OS 0.2  Cup Depth: ☐ Deep ☐ Moderate ☐ Shallow ☐ PE 2.5% Trop 1%

**Assessment/Plan:**
1. Corneal ulcer OS c̄ 2° Iritis - Rx Ciloxan 0.3% ophth
2. sol - 1gtt OS q2h x5 days and then qid OS
3. until seen next. Rx Homatropine 5% 1gt OS
4. bid until seen next. Prog ✓ next time here.
5. Nurses to page me stat if pain, photophobia or VA worsens. Dispense 1 more patch.

**Medications Ordered:**
**Eyeglasses Ordered:** Frame: ___ Size: ___ Color: ___
Rx: OD ___ Add: ___ Seg Height: ___
OS ___ ☐ SV ☐ FT28 ☐ Reading Only  PD ___

Print Doctor's Name: Plattner
Doctor's Signature: [signature] 8/12/05

Follow-Up: Next time here

Distribution: Offender's Medical Record

DOC 0081 (Eff 9/2002)

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Optometric Examination**

_____ Hill _____ Center

Age 22

☐ Baseline  ☐ Annual  
Date: 9/15/05  
Time: 7:35  ☒ a.m. ☐ p.m.

Offender Information:  
Last Name: Span  First Name: Samuel  MI: ___  ID#: R12605

Chief Complaint: F/u for corneal ulcer - OS. Was instructed to d/c all gtt. Used HA 5 hr. lost

| HPI: | | Ocular History: | |
|---|---|---|---|
| Location: | night OS b/c it not dry and | ☒ Cataracts: | |
| Duration: | itchy. Says vision of it like | ☒ Glaucoma: | |
| Onset: | a grey spot over center of | ☒ Disease: | |
| Severity: | vision. Periphery clear. | ☒ Trauma/Surgery: | |
| Timing: | " | ☒ Strabismus: | |
| Modifiers: | | ☒ Ambylopia: | "OD always weaker" |

Medical History: ☒ NIDDM  ☒ IDDM  ☒ Hypertension  ☒ Other: _____
Visual Acuity: Uncorrected Distance: ☐ OD 20/70  ☐ OS 20/100 OU PH 20/70  ☐ OU 20/
Uncorrected Near: ☐ OD 20/  ☐ OS 20/  ☐ OU 20/

Habitual Rx: OD  No Retinoscope available  20/  Type: ☐ SV  ☐ Bifocal
           OS  _____  20/  Date: __/__/__
Refraction: OD  _____  20/  Type: ☐ SV  ☐ Bifocal
           OS  unable to improve  20/  Date: __/__/__
Near:      OD  _____  20/  Type: ☐ SV  ☐ Bifocal
           OS  OS fixed @ 8m  20/  Date: __/__/__

Pupils: ☒ Round  ☐ Equal  ☐ Responds to Light/Accommodation  ☒ APD
Motilities: ☒ Full  ☐ Abnormal  Confrontational Fields: ☒ Full  ☐ Abnormal
Tonometry: ☐ Applanation  ☐ Tonopen  ☐ NCT  OD 15  OS 14  Time: 7:35am

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | ×OD | × |
| Exo | | | Conjuctiva | × | |
| Tropia | | | Iris/Ant. Chamber | × | |
| Phoria | | | Lens | × | |
| Ortho | | | Lids/Lashes | × | |

K scar OS

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | × | | | | ☐ Direct |
| Vessels | | · | | | ☐ BIO |
| Macula | ✓ | | | | ☐ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | ✓ | | | | ☐ Other: |

Cup to disc: OD 0.2  OS 0.2  Cup Depth: ☐ Deep  ☐ Moderate  ☐ Shallow  ☐ PE 2.5%. Trop 1%

Assessment/Plan: 
1. Corneal Scar OS - D/C all previous gtt. Rx Art Tears
2. 1 gtt OS tid x 2 weeks. f/u w next time
3. here to monitor vision
4. 
5. 

Medications Ordered: Art Tears tid OS x 2 weeks
Eyeglasses Ordered: Frame: _____  Size: _____  Color: _____
Rx: OD _____  Add: _____  Seg Height: _____
   OS _____  ☐ SV  ☐ FT28  ☐ Reading Only  PD _____

Prim Doctor's Name: Plattner
Doctor's Signature: _____  Follow-Up: next ___ ___

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Optometric Examination

_____Hill_____ Center

Age 22

- ☐ Baseline  ☐ Annual
- Date: 8/25/05
- Time: 8:35  ☒a.m. ☐p.m.

Offender Information: Span, Samuel   ID#: R12605
Last Name / First Name / MI

**Chief Complaint:** F/u for Corneal Ulcer OS. Feeling much better. No discharge. No pain

**HPI:**
- Location: Still light sensitive. Ran out
- Duration: of Ciloxan 2 days ago
- Onset: Still w/ mg HA (?) bid OS
- Severity:
- Timing:
- Modifiers:

**Ocular History:**
- ☒ Cataracts:
- ☒ Glaucoma:
- ☒ Disease:
- ☒ Trauma/Surgery:
- ☒ Strabismus:
- ☒ Amblyopia: OD always weaker
- ☒ Other:

**Medical History:** ☒ NIDDM  ☒ IDDM  ☒ Hypertension  ☒ Other:

**Visual Acuity:**
- Uncorrected Distance: ☐ OD 20/70  ☐ OS 20/200 PH  ☐ OU 20/
- Uncorrected Near: ☐ OD 20/  ☐ OS 20/ 20/70  ☐ OU 20/

**Habitual Rx:** OD ___ 20/ ___  Type: ☐ SV  ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

**Refraction:** OD ___ 20/ ___  Type: ☐ SV  ☐ Bifocal  Date: __/__/__
OS ___ 20/ ___

OD ___ 20/ ___  Type: ☐ SV  ☐ Bifocal  Date: __/__/__
OS OS fixed @ 8mm 20/

**Pupils:** ☒ Round  ☐ Equal  ☐ Responds to Light/Accommodation  ☐ APD
**Motilities:** ☒ Full  ■ Abnormal  **Confrontational Fields:** ☒ Full  ☐ Abnormal
**Tonometry:** ☐ Applanation  ☐ Tonopen  ☐ NCT  OD ___ OS ___  Time: ___

| Cover Test: | Distance | Near | Slit Lamp Exam: | WNL | ABNL |
|---|---|---|---|---|---|
| Eso | | | Cornea | x OD | x OS |
| Exo | | | Conjuctiva | x | |
| Tropia | | | Iris/Ant. Chamber | x | |
| Phoria | | | Lens | x | |
| Ortho | | | Lids/Lashes | x | |

(-) cell   K scar   No NVI

| Opthalmoscopy: | WNL | ABNL | Right | Left | Method: |
|---|---|---|---|---|---|
| Disc | x | | | | ☐ Direct |
| Vessels | ↓ | | | | ☐ BIO |
| Macula | | | | | ☒ 78D |
| Periphery | | | | | ☐ 3 mirror |
| Vitreous | | | | | ☐ Other: |

**Cup to disc:** OD 0.2  OS 0.2  **Cup Depth:** ☐ Deep  ☐ Moderate  ☒ Shallow  ☐ PE 2.5%, Trop 1%

**Assessment/Plan:**
1. Corneal ulcer OS healed now. D/C all gtts.
2. Ed Pt that will take 3-7 days for Homatropine
3. gtts to wear off. Progress check in 2 weeks.
4. Nurse to page me stat if any sx worsen.
5. OK to wear tinted spec Rx if available

**Medications Ordered:** ___
**Eyeglasses Ordered:** Frame: ___ Size: ___ Color: ___
**Rx:** OD ___ Add: ___ Seg Height: ___
OS ___ ☐ SV ☐ FT28 ☐ Reading Only  PD ___

Plattner
Print Doctor's Name

Doctor Signature  OD

**Follow-Up:** Next free week
Date

Distribution: Offender's Medical Record   DOC 0081 (Eff 9/2002)

## HOSPITAL EQUIPMENT CONTROL

Resident's Name: Span, Samuel    # R12605   Cell: _____

I, _____, have received the following equipment: Dark glasses, black frame   numbered: _____

I understand it is my responsibility to return this equipment on date _____. I have been advised that if I do not return this equipment on the above date that I will be in violation of DR804, paragraphs 1 and 20 and subject to appropriate actions.

Date: 9-16-05   Nurse: M. Laimonka

DC 15,097
R 434-0915

---

**FOR EYES** .5 mg
Dist. by: Falcon Pharmaceuticals, Ltd.
Fort Worth, Texas 76134 USA

NDC 61314-656-25    Rx Only
**FALCON PHARMACEUTICALS**
Ciprofloxacin Hydrochloride Ophthalmic Solution, 0.3% as base
0.3
2.5 mL STERILE
AFFILIATE OF ALCON LABORATORIES, INC.

**Boswell**
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397

RX # 6280850    08/12/05  08/29/05  PLATTNER, DR
RRA12    SPAN/SAMUEL, R12605
INSTILL 1 DROP IN LEFT
EYE EVERY 2 HOURS X 5
DAYS; THEN FOUR TIMES
DAILY X 2 WEEKS
2.50 ML

CIPROFLOXACIN 0.3% EYE DR
6280850 SPAN/SAMUEL, R12605
08/12/05  08/29/05

CIPROFLOXACIN 0.3% EYE DR
GENERIC FOR: CILOXAN 0.3% EYE DR 61314-0656-25 FALCN
SI JMM SJB HILL    HILL CORRECTIONAL CENTER

---

## HOSPITAL EQUIPMENT CONTROL

Resident's Name: Span    # R12605   Cell: 4A-12

I, _____, have received the following equipment: eye patch   numbered: 0

I understand it is my responsibility to return this equipment on date N/A. I have been advised that if I do not return this equipment on the above date that I will be in violation of DR804, paragraphs 1 and 20 and subject to appropriate actions.

Date: 7-24-05   Nurse: K. Demyen

DC 15,097
R 434-0915

---

NDC 0998-0315-05
**Alcon**
**Isopto® Homatropine 5%**
(homatropine hydrobromide ophthalmic solution)
5 mL
5 mL Sterile

INGREDIENTS: Each mL contains:
Active: homatropine hydrobromide 5%, Preservative: benzalkonium chloride 0.005%

**FOR EYES**  Rx Only

**BosWell**
PHARMACY SERVICES  212 Ohio St., Boswell, PA 15531 • DEA# BB5804542 • (814) 629-1397

RX # 6280855    08/12/05  08/26/05  PLATTNER, DR
RRA12    SPAN/SAMUEL, R12605
INSTILL 1 DROP IN LEFT
EYE TWICE DAILY X2 WEEKS

HOMATROPINE 5% EYE DROPS
6280855 SPAN/SAMUEL, R12605
08/12/05  08/26/05

HOMATROPINE 5% EYE DROPS
58768-0467-05 NVTSO
SI JMM SJB HILL    HILL CORRECTIONAL CENTER

4C13

**TRANSMITTAL SLIP**

TO: R12605 Span.

REFER TO:

FROM: Simonson C#

DATE: 8/24/05

**ACTION**

- (For your information) ✓
- Note and see me
- Take appropriate action
- For your approval
- Please Answer
- Answer and save copy
- Per your request
- Return with further information
- Prepare reply for my signature
- Note and file
- Signature
- Per our conversation
- O.K. Code and return

**COMMENTS:**

_____ Your current outdate is _____.

_____ Sign and date the Program Agreement then return to Counselor.

_____ A transfer is pending.

_____ No transfer is pending.

_____ Your time restoration _____.

_____ Meritorious Good Time _____.

_____ Supplemental Meritorious Good Time _____.

_____ Current security status is: Minimum (3)  Medium (2)  Max (1)

            Grade  A  B  C

            Low (clear ID)  Moderate (blue ID)  High (red ID)

X Other: Medical Records was contacted, it is noted the doctor stated you can wear tinted glasses if available. Also they stated the doctor wrote the order for dark glasses on 8/25/05.

DC 829
IL 426-0307

| Date: 7-24-05 | Committed Person: (Please Print) Samuel -E. Span | ID#: R12605 |
|---|---|---|
| Present Facility: Hill C.C. | Facility where grievance issue occurred: Hill C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [x] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] Other (specify)
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

AUG 2005 RECEIVED

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 7-23-05 at appr. 9:50 pm I Samuel -E. Span R12605 told the officer that was working my wing that I had an eye irradat in my left eye and that I needed to go to the health care unit. My wing officer Ms. Williams tol me that she would not call the health care unit because she belived that there was nothing that they co do about it. I went to sleep that nite and wok up the next morning (7-24-05) unable to open my left eye. On my way to the chow hall for Break

**Relief Requested:** To have Ms. William's (correctional officer Ms. W Staff conduct looked into

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to se

Signature: Saml-E Sp.    R12605   7, 24, 05

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 7/25/05
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Due to the nature of grievance (Staff Conduct), paperwork being forwarded to Security.
*Note to inmate, it is not an inmate's place or position to call for a investigation on staff.*

Print Counselor's Name: _____   Counselor's Signature: _____   Date of Response: 7/27/05

**EMERGENCY REVIEW**

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE (Continued)**

I talked to a sergent at the chow hall and showed him my eye upon seeing the condition of my eye he sent me to the health care unit when I got there they flushed my eye with some eye solution and told me to come back at 1:00 pm to see the doctor. When I came back at 1:00 pm (on 7-24-05) I sat on the Health care unit for a few hours waiting to see the doctor when I finally saw the doctor he told me that my eye was infested due to a particale being lodge in my left eye. He could not remove the particale so he gave me some eye solution and an eye patch for my left eye and told me that I will see another doctor on 7-25-05. He also told me that I would have to see an eye doctor which will not be back to this institution for another couple of weeks. I feel that this infection would not be so bad had officer Ms. William sent me to the Health care unit when I first reported the problem. That was very poor conduct on her behalf I dont know what the medical out come may be best if there will be a law suit following this grievance.

I (Samuel E. Span) am Requesting that this motion for Discovery Be granted. I am Requesting this motion for Reasons such as i~~ncluded~~ To Recive any and all paper work Referring to this complaint such as: Incident Reports; prison Records Kept on Officer Williams (John Doe) and Warden Frank Shaw Records ~~that~~ would Include any complaints filed against any of the two Defendant(s.)
Also I would like a copy of the prison policy Directive: PD-BcF 41.101.

State of IL, County of Knox
Signed before me on this 28 day of Sept, 2005
Notary Public Lenard E. Palmer

Samuel .E. Span
# R12605

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

I talked to a sergent at the chow hall and showed him my eye upon seeing the condition of my eye he sent me to the health care unit when I got there they flushed my eye with some eye solution and told me to come back at 1:00 pm to see the doctor. When I came back at 1:00 pm (on 7-24-05) I sat in the health care unit for a few hours waiting to see the doctor when I finally saw the doctor he told me that my eye was infested due to a particale being lodge in my left eye. He could not remove the particale so he gave me some eye solution and an eye patch for my left eye and told me that I will see another doctor on 7-25-05. He also told me that I would have to see an eye doctor which will not be back to this instatution for another couple of weeks. I feel that this infection would not be so bad had officer Ms. William sent me to the health care unit when I first reported the problem. That was very poor conduct on her behalf I dont know what the medical out come may be but if there will be a law suit following this grievance.