**E-FILED**
Tuesday, 06 March, 2007  01:53:56 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT  IN A CIVIL CASE

**SAMUEL SPAN**

vs.

Case Number:   **05-1292**

**C/O LISA WILLIAMS,etal**

  **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that case is dismissed with prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b).

ENTER this 6th day of March, 2007.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY:  DEPUTY CLERK